■ The People of the State of New York, Respondent, v Richard Keating, Appellant. [929 NYS2d 490]—

Defendant is eligible for consideration for resentencing even though he had been released from custody on his drug conviction but reincarcerated for a parole violation (*see People v Paulin*, 17 NY3d 238 [2011]). Concur—Gonzalez, P.J., Tom, Friedman, Catterson and Richter, JJ.